# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**PA 1-998-057**

Effective Date of Registration:
August 02, 2016

## Title

| | |
|---|---|
| Title of Work: | Mechanic: Resurrection |
| Previous or Alternate Title: | The Mechanic 2 aka The Mechanic II |
| Nature of Claim: | Original Motion Picture |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2016 |
| Date of 1st Publication: | August 25, 2016 |
| Nation of 1st Publication: | United States |
| Preregistration: | PRE000008863 |

## Author

| | |
|---|---|
| • Author: | ME2 Productions, Inc. |
| Author Created: | Entire Motion Picture |
| Work made for hire: | Yes |
| Domiciled in: | United States |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | ME2 Productions, Inc.<br>318 N. Carson Street, #208, Carson City, NV 89701 |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | Motion Picture Screenplay - PAu 3-773-822 - Registered August 6, 2014 |
| Previously registered: | Yes |
| New material included in claim: | Cinematographic material including performance, production as a motion picture, editing and all audio and visual elements including photography, dialogue, music and special effects |

## Certification

| | |
|---|---|
| Name: | Michael A. Hierl |
| Date: | August 01, 2016 |

Page 1 of 2

# EXHIBIT B

| No | IP | Port | Hit Date UTC | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 50.140.184.165 | 6882 | 2016-11-13 00:28:09 | Mechanic Resurrection (2016) [YTS.AG] | SHA1: 15D0FFD08EA199E877886437DDCBC9A36C4EB026 | Comcast Cable | Illinois | Chicago | Cook |
| 2 | 73.44.240.83 | | 2016-11-13 01:00:14 | Mechanic Resurrection (2016) [YTS.AG] | SHA1: 15D0FFD08EA199E877886437DDCBC9A36C4EB026 | Comcast Cable | Illinois | Aurora | DuPage |
| 3 | 73.8.153.80 | | 2016-11-13 01:05:44 | Mechanic Resurrection (2016) [YTS.AG] | SHA1: 15D0FFD08EA199E877886437DDCBC9A36C4EB026 | Comcast Cable | Illinois | Saint Charles | Kane |
| 4 | 98.212.225.44 | | 2016-11-13 01:13:24 | Mechanic Resurrection (2016) [YTS.AG] | SHA1: 15D0FFD08EA199E877886437DDCBC9A36C4EB026 | Comcast Cable | Illinois | Rockford | Winnebago |
| 5 | 98.228.65.188 | | 2016-11-13 01:53:58 | Mechanic Resurrection (2016) [YTS.AG] | SHA1: 15D0FFD08EA199E877886437DDCBC9A36C4EB026 | Comcast Cable | Illinois | Naperville | DuPage |
| 6 | 50.179.252.182 | 6881 | 2016-11-13 02:08:58 | Mechanic Resurrection (2016) [YTS.AG] | SHA1: 15D0FFD08EA199E877886437DDCBC9A36C4EB026 | Comcast Cable | Illinois | Zion | Lake |
| 7 | 76.29.106.2 | | 2016-11-13 02:37:52 | Mechanic Resurrection (2016) [YTS.AG] | SHA1: 15D0FFD08EA199E877886437DDCBC9A36C4EB026 | Comcast Cable | Illinois | Villa Park | DuPage |
| 8 | 73.8.207.58 | | 2016-11-13 02:56:02 | Mechanic Resurrection (2016) [YTS.AG] | SHA1: 15D0FFD08EA199E877886437DDCBC9A36C4EB026 | Comcast Cable | Illinois | Chicago | Cook |
| 9 | 73.209.131.30 | | 2016-11-13 05:02:00 | Mechanic Resurrection (2016) [YTS.AG] | SHA1: 15D0FFD08EA199E877886437DDCBC9A36C4EB026 | Comcast Cable | Illinois | Bolingbrook | McHenry |
| 10 | 76.16.4.196 | | 2016-11-13 05:29:56 | Mechanic Resurrection (2016) [YTS.AG] | SHA1: 15D0FFD08EA199E877886437DDCBC9A36C4EB026 | Comcast Cable | Illinois | Woodridge | DuPage |
| 11 | 24.13.166.46 | | 2016-11-13 06:04:32 | Mechanic Resurrection (2016) [YTS.AG] | SHA1: 15D0FFD08EA199E877886437DDCBC9A36C4EB026 | Comcast Cable | Illinois | Chicago | DuPage |
| 12 | 73.72.170.128 | | 2016-11-13 06:46:45 | Mechanic Resurrection (2016) [YTS.AG] | SHA1: 15D0FFD08EA199E877886437DDCBC9A36C4EB026 | Comcast Cable | Illinois | Des Plaines | Cook |
| 13 | 67.167.204.1 | | 2016-11-13 07:10:23 | Mechanic Resurrection (2016) [YTS.AG] | SHA1: 15D0FFD08EA199E877886437DDCBC9A36C4EB026 | Comcast Cable | Illinois | Chicago | Cook |
| 14 | 67.173.21.183 | | 2016-11-13 07:14:17 | Mechanic Resurrection (2016) [YTS.AG] | SHA1: 15D0FFD08EA199E877886437DDCBC9A36C4EB026 | Comcast Cable | Illinois | Libertyville | Lake |
| 15 | 73.8.101.106 | | 2016-11-13 07:38:22 | Mechanic Resurrection (2016) [YTS.AG] | SHA1: 15D0FFD08EA199E877886437DDCBC9A36C4EB026 | Comcast Cable | Illinois | Chicago | Lake |
| 16 | 73.36.161.108 | | 2016-11-13 12:18:17 | Mechanic Resurrection (2016) [YTS.AG] | SHA1: 15D0FFD08EA199E877886437DDCBC9A36C4EB026 | Comcast Cable | Illinois | Chicago | Cook |
| 17 | 73.74.131.81 | | 2016-11-13 13:56:58 | Mechanic Resurrection (2016) [YTS.AG] | SHA1: 15D0FFD08EA199E877886437DDCBC9A36C4EB026 | Comcast Cable | Illinois | Wood Dale | DuPage |
| 18 | 73.246.120.72 | | 2016-11-13 17:54:17 | Mechanic Resurrection (2016) [YTS.AG] | SHA1: 15D0FFD08EA199E877886437DDCBC9A36C4EB026 | Comcast Cable | Illinois | Cicero | Cook |
| 19 | 50.179.31.17 | 6881 | 2016-11-13 18:19:05 | Mechanic Resurrection (2016) [YTS.AG] | SHA1: 15D0FFD08EA199E877886437DDCBC9A36C4EB026 | Comcast Cable | Illinois | Glen Ellyn | DuPage |
| 20 | 71.239.93.41 | | 2016-11-13 20:09:07 | Mechanic Resurrection (2016) [YTS.AG] | SHA1: 15D0FFD08EA199E877886437DDCBC9A36C4EB026 | Comcast Cable | Illinois | Zion | Lake |
| 21 | 73.209.4.33 | | 2016-11-13 20:38:17 | Mechanic Resurrection (2016) [YTS.AG] | SHA1: 15D0FFD08EA199E877886437DDCBC9A36C4EB026 | Comcast Cable | Illinois | Joliet | Will |
| 22 | 67.175.152.34 | | 2016-11-13 21:21:35 | Mechanic Resurrection (2016) [YTS.AG] | SHA1: 15D0FFD08EA199E877886437DDCBC9A36C4EB026 | Comcast Cable | Illinois | Zion | Lake |
| 23 | 67.175.170.7 | | 2016-11-13 21:50:07 | Mechanic Resurrection (2016) [YTS.AG] | SHA1: 15D0FFD08EA199E877886437DDCBC9A36C4EB026 | Comcast Cable | Illinois | Hazel Crest | Cook |
| 24 | 73.168.194.64 | | 2016-11-13 21:53:01 | Mechanic Resurrection (2016) [YTS.AG] | SHA1: 15D0FFD08EA199E877886437DDCBC9A36C4EB026 | Comcast Cable | Illinois | Chicago | Cook |
| 25 | 50.178.248.26 | 53055 | 2016-11-13 22:44:23 | Mechanic Resurrection (2016) [YTS.AG] | SHA1: 15D0FFD08EA199E877886437DDCBC9A36C4EB026 | Comcast Cable | Illinois | Morris | Grundy |
| 26 | 50.179.88.100 | 49064 | 2016-11-13 22:45:04 | Mechanic Resurrection (2016) [YTS.AG] | SHA1: 15D0FFD08EA199E877886437DDCBC9A36C4EB026 | Comcast Cable | Illinois | Oak Park | Cook |
| 27 | 98.213.133.66 | | 2016-11-13 22:55:12 | Mechanic Resurrection (2016) [YTS.AG] | SHA1: 15D0FFD08EA199E877886437DDCBC9A36C4EB026 | Comcast Cable | Illinois | Rockford | Winnebago |
| 28 | 69.246.239.59 | | 2016-11-13 23:30:08 | Mechanic Resurrection (2016) [YTS.AG] | SHA1: 15D0FFD08EA199E877886437DDCBC9A36C4EB026 | Comcast Cable | Illinois | McHenry | DuPage |
| 29 | 73.74.189.113 | | 2016-11-13 23:32:15 | Mechanic Resurrection (2016) [YTS.AG] | SHA1: 15D0FFD08EA199E877886437DDCBC9A36C4EB026 | Comcast Cable | Illinois | Plainfield | Will |